*E-Filed 3/30/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNE E. RAYMONDO, | No. C 09-4714 RS (PR) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* federal prisoner pursuant to 28 U.S.C. § 2241. Petitioner was ordered to pay the $5.00 filing fee by March 22, 2010 or face dismissal of the action. Petitioner still has not paid the filing fee. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: March 30, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-4714 RS (PR)
ORDER OF DISMISSAL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

June E. Raymondo
97985-022
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5675 8TH ST - CAMP PARKS
DUBLIN, CA 94568

DATED: 03/30/2010

<u>s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.